AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

VERONICA LOWE LINNEAR,

        Plaintiff,

                                  JUDGMENT IN A CIVIL CASE

                   V.                      CASE NUMBER: CV 121-098

KILOLO KIJAKAZI, Acting Commissioner of Social
Security Administration,

        Defendant.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated June 6, 2022, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Therefore, the Acting Commissioner's final

decision is affirmed, judgment is entered in favor of the Defendant. This case stands

closed.

June 6, 2022
——————————————
*Date*



John E. Triplett, Clerk of Court
——————————————
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020